UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.  0:19-cv-62595-RS

ANGELA M. MCNEAL,

        Plaintiff,

v.

JORGE L. PALMA and
ANDREU, PALMA, LAVIN & SOLIS, PLLC,
AND LVNV FUNDING, LLC

        Defendants.
_____/

## Notice of Pendency of Other Actions

In accordance with Local Rule, Defendants ANDREU, PALMA, LAVIN & SOLIS, PLLC and JORGE L. PALMA ("Defendants") hereby certify that the instant action:

__X__ IS      related to pending or closed civil criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        LVNV Funding, v. Angela M. Parks, Case No.: COWE-04-008354(81), County Court in and for Broward County, FL

_ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: December 2, 2019

Respectfully submitted,

/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN:  0094080
/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN:  0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone:  (813) 251-5500
Direct:  (813) 251-3632
Fax:  (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com